1

2

3

4

5        UNITED STATES DISTRICT COURT

6        EASTERN DISTRICT OF WASHINGTON

7  In Re:

8  LLS AMERICA, LLC,                          NO:  CV-12-483-RMP

                                               Bankr. Case No. 09-06194-PCW11
9                          Debtor,

10 BRUCE P. KRIEGMAN, solely in his            Adv. Proc. No. 11-80297
   capacity as court-appointed Chapter 11
11 Trustee for LLS America, LLC,               DEFAULT JUDGMENT

12                         Plaintiff,

13 v.

14 0817726 BC, LTD., et al,

15                        Defendants.

16      THIS MATTER came on consideration upon the Motion of Plaintiff for

17 Entry of Default and Judgment against Defendant Lorrie Penteluke, and it

18 appearing from the file and records of this Court in this cause that the default

19 judgment (Bkcy. Dkt. No. 140) entered by the Bankruptcy Court should be deemed

20

DEFAULT JUDGMENT ~ 1

1    proposed findings of fact and conclusions of law, and that entering final default

2    judgment in conformity with the default judgment entered by the Bankruptcy Court

3    is appropriate,

4        **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the

5    Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11

6    Trustee for LLS America, LLC, shall have a judgment against the Defendant

7    Lorrie Penteluke as follows:

8        1. Monetary Judgment in the amount of CAD $92,019.67 pursuant to 11

9    U.S.C. § 550 and RCW 19.40.071;

10        2. Transfers in the amount of CAD $76,678,67 to Defendant Lorrie

11    Penteluke within four years prior to the Petition Filing Date are hereby avoided and

12    Plaintiff may take all necessary action to preserve the same, pursuant to 11 U.S.C.

13    §§ 544, 550, 551 and 548(a) and (b) and RCW 19.40.041(1) and (2) and RCW

14    19.40.071;

15        3. Transfers in the amount of CAD $15,341.00 made to Defendant Lorrie

16    Penteluke more than four years prior to the Petition Filing Date are hereby avoided

17    and Plaintiff may take all necessary action to preserve the same, pursuant to 11

18    U.S.C. §§ 544, 550 and 551 and RCW 19.40.041(1) and 19.40.071;

19    / / /

20    / / /

DEFAULT JUDGMENT ~ 2

4. All said transfers to Defendant Lorie Penteluke are hereby set aside and Plaintiff shall be entitled to recover the same, or the value thereof, from Defendant Lorrie Penteluke for the benefit of the estate of LLS America, pursuant to 11 U.S.C. §§ 544, 550 and 551;

5. All proofs of claim of the Defendant Lorrie Penteluke which have been filed or brought or which may hereafter be filed or brought by, on behalf of, or for the benefit of any of the Defendant Lorrie Penteluke or her affiliated entities, against the Debtor's estate, in this bankruptcy or related bankruptcy proceedings, are hereby disallowed and subordinated to the monetary judgment granted herein and Defendant Lorrie Penteluke shall not be entitled to collect on her proof of claim (Claim No. 720-1) until the monetary judgment is satisfied by Defendant Lorrie Penteluke in full, pursuant to 11 U.S.C. §§ 502(d), 510(c)(1) and 105(a);

6. A constructive trust is hereby established over the proceeds of all transfers in favor of the Trustee for the benefit of the estate of LLS America; and

7. Plaintiff is hereby awarded costs (i.e. filing fees) in the amount of $250.00 USD, for a total judgment of CAD $92,019.67, plus $250.00 USD, which shall bear interest equal to the weekly average of one-year constant maturity (nominal)

/ / /

/ / /

/ / /

DEFAULT JUDGMENT ~ 3

treasury yield as published by the Federal Reserve System.

The District Court Clerk is directed to enter this Order, enter judgment as outlined above, and provide copies to counsel and to Judge Patricia Williams.

DATED this 31st day of October 2012.


*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge