UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>Debtor,<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>Plaintiff,<br><br>v.<br><br>0817726 BC, LTD., et al,<br><br>Defendants. | NO:  CV-12-483-RMP<br><br>Bankr. Case No. 09-06194-PCW11<br><br>Adv. Proc. No. 11-80297<br><br>DEFAULT JUDGMENT |

THIS MATTER came on consideration upon the Motion of Plaintiff for Entry of Default and Judgment against Defendant Ramon Burron, and it appearing from the file and records of this Court in this cause that the default judgment (Bkcy. Dkt. No. 145) entered by the Bankruptcy Court should be deemed

DEFAULT JUDGMENT ~ 1

1 proposed findings of fact and conclusions of law, and that entering final default
2 judgment in conformity with the default judgment entered by the Bankruptcy Court
3 is appropriate,

4 **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
5 Plaintiff, Bruce P. Kriegman, solely in his capacity as court-appointed Chapter 11
6 Trustee for LLS America, LLC, shall have a judgment against the Defendant
7 Ramon Burron as follows:

8 1. Monetary Judgment in the amount of CAD $56,016.00 pursuant to 11
9 U.S.C. § 550 and RCW 19.40.071;

10 2. Transfers in the amount of CAD $52,014.00 made to Defendant Ramon
11 Burron within four years prior to the Petition Filing Date are hereby avoided and
12 Plaintiff may take all necessary action to preserve the same, pursuant to 11 U.S.C.
13 §§ 544, 550, 551 and 548(a) and (b) and RCW 19.40.041(1) and (2) and RCW
14 19.40.071;

15 3. Transfers in the amount of CAD $4,002.00 made to Defendant Ramon
16 Burron more than four years prior to the Petition Filing Date are hereby avoided
17 and Plaintiff may take all necessary action to preserve the same, pursuant to 11
18 U.S.C. §§ 544, 550 and 551 and RCW 19.40.041(1) and 19.40.071;

19 / / /
20 / / /

DEFAULT JUDGMENT ~ 2

4. All said transfers to Defendant Ramon Burron are hereby set aside and Plaintiff shall be entitled to recover the same, or the value thereof, from Defendant Ramon Burron for the benefit of the estate of LLS America, pursuant to 11 U.S.C. §§ 544, 550 and 551;

5. A constructive trust is hereby established over the proceeds of all transfers in favor of the Trustee for the benefit of the estate of LLS America; and

6. Plaintiff is hereby awarded costs (i.e. filing fees) in the amount of $250.00 USD, for a total judgment of CAD $56,016.00 plus $250.00 USD, which shall bear interest equal to the weekly average of one-year constant maturity (nominal) treasury yield as published by the Federal Reserve System.

The District Court Clerk is directed to enter this Order, enter judgment as outlined above, and provide copies to counsel and to Judge Patricia Williams.

DATED this 31st day of October 2012.

          *s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

DEFAULT JUDGMENT ~ 3