1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    EASTERN DISTRICT OF WASHINGTON

7    In re:                                    NO: CV-12-483-RMP

8        LLS AMERICA, LLC,                      Bankruptcy No: 09-06194-PCW11

9                          Debtor.              Adversary No: 11-80297

10                                              ORDER GRANTING MOTION FOR
                                                DEFAULT AND JUDGMENT
     BRUCE P. KRIEGMAN, solely in his
11   capacity as court-appointed Chapter 11
     Trustee for LLS America LLC,

12
                           Plaintiff,
13   vs.

14   0817726 BC, LTD., et al.,

15                         Defendants.

16        Before the Court is bankruptcy trustee Bruce P. Kriegman's Motion for

17   Entry of Default and Judgment as to Defendant MBC Enterprises, Ltd, ECF No.

18   14.  The Court has reviewed the motion, its attachments, the Court's file, and the

19   Bankruptcy Court's file for the adversary action 11-80297-PCW11.

20        This case arose as an adversary action as part of the bankruptcy of LLS

ORDER GRANTING MOTION FOR DEFAULT AND JUDGMENT ~ 1

1   America, LLC.  This Court withdrew the reference to this action, set a trial date,

2   and referred the matter back to the Bankruptcy Court for that court to address

3   pretrial matters.[1]  The Bankruptcy Court entered orders granting the Bankruptcy

4   Trustee's motions for default and for default judgment.  The trustee now moves

5   this Court for entry of default and default judgment.

6       "When a party against whom a judgment for affirmative relief is sought has

7   failed to plead or otherwise defend, and that failure is shown by affidavit or

8   otherwise, the clerk must enter the party's default."  Fed. R. Civ. P. 54(a).  "If the

9   plaintiff's claim is for a sum certain or a sum that can be made certain by

10  computation, the clerk—on the plaintiff's request, with an affidavit showing the

11

12

13      [1]The above-captioned action, CV-12-483-RMP, and CV-11-360-RMP both

14  arise from the bankruptcy adversary action 11-80297-PCW11.  The Court entered

15  an order withdrawing the reference to 11-80297-PCW11 in CV-11-360-RMP.  The

16  Court clarified in CV-11-360-RMP that withdrawal of the reference extended to

17  the entire adversary action and not just the parties seeking withdrawal.

18  Accordingly, this action has been withdrawn, trial has been set, and the matter has

19  been referred back to the Bankruptcy Court for disposition of pretrial matters as

20  expressed in the Court's orders in CV-11-360-RMP.  An order of consolidation is

forthcoming.

ORDER GRANTING MOTION FOR DEFAULT AND JUDGMENT ~ 2

1  amount due—must enter judgment for that amount and costs against a defendant

2  who has been defaulted for not appearing."  Fed. R. Civ. P. 54(b).

3       Pursuant to the Court's order on motion for withdrawal of reference, this

4  Court will treat the Bankruptcy Court's orders entering default and default

5  judgment as proposed findings of fact and conclusions of law.  The instant motion

6  was filed on September 4, 2012.  Defendant MBC Enterprises, Ltd. has filed no

7  objection.  After a review of the record before this Court and the bankruptcy court,

8  the Court concludes that default is appropriate and default judgment shall be

9  entered.

10       Accordingly, **IT IS HEREBY ORDERED:**

11       1.  The trustee's Motion for Entry of Default and Judgment, **ECF No. 14**, is

12           **GRANTED**.

13       2.  Defendant MBC Enterprises is in default, and default of said Defendant

14           is hereby entered.

15       3.  The Court will enter default judgment by separate order.

16  **IT IS SO ORDERED**.

17       The District Court Executive is hereby directed to enter this Order and to

18  provide copies to counsel and to Judge Patricia Williams.

19       **DATED** this 1st day of November 2012.

20                    *s/ Rosanna Malouf Peterson*
                    ROSANNA MALOUF PETERSON
                    Chief United States District Court Judge

ORDER GRANTING MOTION FOR DEFAULT AND JUDGMENT ~ 3